**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| PATRICK CRONE | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:25-cv-13047 |
| | ) | |
| v. | ) | Hon. John J. Tharp, Jr. |
| | ) | |
| UNITED AIRLINES, INC. | ) | Magistrate Judge David M. Weisman |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF'S MOTION TO EXTEND DEADLINES REGARDING MEET AND
CONFER, MOTIONS TO COMPEL AND STRIKE THE REQUIREMENT THAT
CERTAIN DEPOSITIONS BE TAKEN IMMEDIATELY**

NOW COMES the Plaintiff, PATRICK CRONE, by and through his attorneys, Barry A. Gomberg and Barry A. Gomberg & Associates, Ltd., and moves the Honorable Court to extend the deadlines requiring that all meet and confers on written discovery issues be completed by June 12, 2026, that Motions to Compel be filed by June 22, 2026, and strke the requirement that certain depositions be taken prior to Plaintiff's release from rehabilitation.

In support thereof, Plaintiff states as follows:

1.      In an Order dated May 26, 2026, this Honorable Court extended the discovery deadline to November 18, 2026, required the parties to meet and confer on written discovery issues by June 12, 2026, required the parties to file Motions to Compel by June 22, 2926 and required the parties to take depositions during the time period Plaintiff is undergoing rehabilitation.

2.      Plaintiff is currently unavailable in this matter because he is undergoing rehabilitation. As a result, he is unable to communicate with his counsel regarding substantive matters in this case, including questions regarding discovery.

3.     Plaintiff's attorney requires the counsel, guidance, fact input and approval of the Plaintiff in order to resolve Rule 37 issues with Defendant, and possibly the filing of a Motion to Compel, and in order to determine who to depose and the resulting inquiries required in a meaningful deposition.  Further, Plaintiff desires to attend any and all depositions taken in this matter. Plaintiff's attorney also requires Plaintiff to assist in the preparation and taking of depositions.

4.     As a result of Plaintiff's incapacitation, counsel for Plaintiff respectfully requests that the Court extend the time for the parties to resolve their written discovery issues, extend the date by which depositions must be taken, and extend the date by which Motions to Compel must be filed to at least until a date after which Plaintiff completes his rehabilitation. It is currently estimated that Plaintiff is expected to complete his rehabilitation by the end of July 2026.

5.     Defendant's counsel has no objection to this Motion with the caveat that the Defendant's agreement is limited only to the extension of the June 12, 2026 and June 22, 2026 deadlines set by the Court, but is opposed to the striking of the requirement that depositions must be taken prior to Plaintiff's release from rehabilitation.

6.     Plaintiff will be unduly prejudiced if the dates are not extended and/or stricken, especially in light of the fact that discovery does not close in this matter until November 18, 2026.

WHEREFORE, Plaintiff respectfully requests this Honorable Court extend the deadlines in its May 26, 2026 Order requiring the resolution of Rule 37 issues and the filing of Motions to Compel until a date after Plaintiff's, and strike the requirement that certain depositions be taken before the completion of Plaintiff's rehabilitation completion and instead require that all depositions be completed by the close of discovery, or by November 18, 2026.

Respectfully submitted,

PATRICK CRONE

By:   /s/Barry A. Gomberg              
            Attorney for Plaintiff

Barry A. Gomberg
Barry A. Gomberg & Associates, Ltd.
53 West Jackson Blvd., Suite 1350
Chicago, Illinois 60604
(312) 922-0550
gomberglaw@aol.com

**CERTIFICATE OF SERVICE**

I hereby declare that on this 8th day of June, 2026, I caused a copy of Plaintiff's

MOTION TO EXTEND DEADLINES SET IN THE COURT'S May 26, 2026 ORDER

be served by electronic mail to the following individuals:

Ada W. Dolph
adolph@seyfarth.com

Taylor Iaculla
tiaculla@seyfarth.com

SEYFARTH SHAW LLP
233 S. Wacker Dr., Suite 8000
Chicago, IL 60606

*Attorneys for Defendant*

*/s/ Barry A. Gomberg*

Barry A. Gomberg