## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)
### Eastern Division

Patrick Crone

                Plaintiff,

v.

                                          Case No.: 1:25–cv–13047

                                          Honorable John J. Tharp Jr.

United Airlines, Inc.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 16, 2026:

      MINUTE entry before the Honorable M. David Weisman: Motion hearing held. Discussion held on Plaintiff's motion for extension of time and to strike certain dates [28]. Plaintiff currently is in a rehab facility and likely will not be released until the end of July. Defendant states it is their understanding that Plaintiff will be returning to jail after release from rehab to face criminal charges. Court inquired of Plaintiff's counsel about the nature of rehabilitation and possible future custody of Plaintiff relating to DUI and domestic violence/public intoxication charges. Court understands Plaintiff's counsel would like his client's participation in the discovery process but noted that counsel was not aware of the specifics of his client's current rehab and possible custody. Defendant believes that some progress can be made, on certain document issues and depositions, even while Plaintiff is in rehab. Defendant provided some details on incident leading to Plaintiff's discipline and termination. Plaintiff's counsel wants Plaintiff's presence at depositions relating to relevant incidents. The Court wants to move the case forward, if possible. Depositions are stayed in the short term. Regarding written discovery issues, Plaintiff's counsel shall obtain more information from Plaintiff or his family about Plaintiff's current rehab/health situation and the details of his possible future custodial setting, including a plan for maintaining contact with Plaintiff. Plaintiff's motion [28] is entered and continued. Status hearing set for 6/29/26 is stricken and reset to 7/14/26 at 9:15 a.m. Joint status report due by noon on 7/10/26, under seal if necessary, detailing where Plaintiff is, details of his possible future criminal prosecution and how counsel will maintain contact with Plaintiff. Plaintiff is responsible for initiating the drafting of and filing of the next joint status report because most of the requested information relates to Plaintiff. Plaintiff to begin work ahead of time, as necessary. Parties may appear in person or dial in using the Court's conference call–in number. The conference call–in number is 1–855–244–8681 and the access code is 2316 422 1828##. Members of the public and media who wish to listen to this hearing may call in. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice (ao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.